No. 96–1593. HINCHLIFFE *v.* PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 96–1594. HAYS ET AL. *v.* CITY OF URBANA. C. A. 7th Cir. Certiorari denied.

No. 96–1608. TRIMIEW *v.* NORFOLK SOUTHERN RAILWAY CO. Sup. Ct. Va. Certiorari denied.

No. 96–1609. LABOUR *v.* AMERICAN STATES INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1615. SCRUGGS *v.* WILSON ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96–1616. LEIJA ET VIR, AS NEXT FRIENDS OF LEIJA, A MINOR *v.* CANUTILLO INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 96–1620. SCHUNDLER, MAYOR OF JERSEY CITY, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1632. PSI REPAIR SERVICES, INC. *v.* HONEYWELL, INC. C. A. 6th Cir. Certiorari denied.

No. 96–1634. ASAM *v.* DEVEREAUX, CHAIRMAN, DISCIPLINARY BOARD, ALABAMA STATE BAR, ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 96–1635. ASAM *v.* NORRIS ET AL. Sup. Ct. Ala. Certiorari denied.

No. 96–1645. FLOYD AUTEN ELECTRIC, INC. *v.* BERRY CONSTRUCTION, INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–1665. SANTIAGO, PERSONAL REPRESENTATIVE OF THE ESTATE OF SANTIAGO, DECEASED *v.* WARE ET AL. Ct. App. Wis. Certiorari denied.

No. 96–1669. PADDOCK PUBLICATIONS, INC., DBA THE DAILY HERALD *v.* CHICAGO TRIBUNE CO. ET AL. C. A. 7th Cir. Certiorari denied.